IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 07 C 1104 |
| | ) | |
| EDWARD FORTE, individually and d/b/a E.H.F. CONTRACTORS, | ) ) | JUDGE MILTON I. SHADUR |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on August 2, 2007, request this Court enter judgment against Defendant, EDWARD FORTE, individually and d/b/a E.H.F. CONTRACTORS. In support of that Motion, Plaintiffs state:

1. On August 2, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for August 2006 through the present date, within 14 days of the entry of said Order. The Court retained jurisdiction to enforce the August 2, 2007 order and entry judgment.

2. On August 15, 2007, Defendant submitted its monthly fringe benefit contribution report for August 2006 by sending the report via facsimile to the Plaintiff Funds.

3. Defendant has had an employee covered by the collective bargaining agreement during the month of August 2006, and this employee has submitted check stubs showing the number of hours worked by him for the Defendant. Based upon these check stubs, and the contribution report submitted by Defendant for August 2006, it has been determined that the following contributions are due therefor:

|  | Contributions |
|---|---|
| Welfare Fund | $441.83 |
| Pension Fund | $361.20 |
| Apprenticeship Fund | $ 45.15 |
| Vacation Fund | $122.55 |

(See Affidavit of David S. Bodley).

4. Additionally, the following amounts are due for liquidated damages:

|  | Liquidated Damages |
|---|---|
| Welfare Fund | $44.18 |
| Pension Fund | $36.12 |
| Apprenticeship Fund | $ 4.52 |
| Vacation Fund | $12.26 |

(Bodley Aff. Par. 4(c)).

5. In addition, Plaintiffs' firm has expended the total amount of $2,258.75 in attorneys' fees and $833.78 in costs, for a total of $3,092.53, in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $4,160.34.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $4,160.34.

/s/   Catherine M. Chapman

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that she mailed the above-referenced document by Certified Mail, Return Receipt Requested, to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 30th day of August 2007:

    Mr. Edward Forte
    3126 S. Calumet Avenue
    Chicago, IL   60616-3930

    Mr. Edward Forte
    8935 S. Genoa
    Chicago, IL   60620

    Mr. Edward Forte
    6445 S. State Street
    Chicago, IL   60637

      /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\MOEJ\EHF Contractors\motion-judgment.cmc.df.wpd